# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: **12-17504** |
| **DEBORAH RUCKER** | ) | Chapter 7 Proceeding |
| | ) | |
| Debtor(s) | ) | Judge: PAT E. MORGENSTERN-CLARREN |
| | ) | |

## Motion for Order on Debtor to Turnover Property

Now comes Virgil E. Brown, Jr, Trustee in the above mentioned case and hereby moves this Honorable Court for an Order upon the Debtor, *DEBORAH RUCKER* to Turnover to him certain property or the value thereof and respectfully represents to the Court as follows:

I. That he is the duly appointed Trustee in the above-captioned proceedings, which were commenced by the filing on 10/12/12 of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

II. That at all times relevant to these proceedings, the Debtor(s), DEBORAH RUCKER was owner of the following items of property: non-exempt interest in a 2008 Mercury Automobile as scheduled by Debtor.

III. That the asset(s) described above is/are property of the within Estate as defined in Section 541 of the Bankruptcy Code.

IV. That said asset(s) should be turned over to the Trustee.

Wherefore your Trustee prays for an Order directing the Debtor(s) DEBORAH RUCKER to turnover $2,500.00 or the vehicle to Virgil E. Brown, Jr., at 2136 Noble Road, Cleveland, Ohio.

Respectfully submitted,

/s/Virgil E. Brown, Jr.

Virgil E. Brown, Jr.(0003675)
Attorney for Trustee
2136 Noble Road
Cleveland, Ohio 44112
(216) 851-3304
(216)851-2900 Fax
vbrown@epitrustee.com

## NOTICE OF HEARING

Please take notice that the foregoing Motion will be on for hearing on May 16, 2013 **at 8:30 am in Courtroom 2A** , in the United States Bankruptcy Court lactated at 201 Superior Ave., Cleveland, Ohio 44114.

The above hearing is schedule to consider the Motion and any written objection which is filed and served no later than seven (7) calendar days preceding the date scheduled for such hearing. If no objection are filed and served within such time, the Motion may be granted without hearing. The Court from time to time without further notice may adjourn the hearing.

## CERTIFICATE OF SERVICE

I certify that on  April 16, 2013, a true and correct copy of the Motion for Order on Debtor

to Turn over Property was served:

Via the court's Electronic Case Filling System on these entities and individuals who are

listed on the court's Electronic Mail Notice List:

MELVIN R GINSBERG , ESQ.
2000 WARRENSVILLE CENTER RD
SOUTH EUCLID, OH  44121-2628 at mrgbktcy3@msn.com
U.S. Trustee (Registered address)@usdoj.gov

And by regular U. S. Mail postage prepaid to the following and all parties in interest on the attached service list this April 16, 2013

**Debtor:**
DEBORAH RUCKER
20811 CLARE AVENUE
MAPLE HEIGHTS, OH 44137-2407

/s/ Virgil E. Brown, Jr.
Virgil Brown Jr. (0003675)
Trustee
2136 Noble Road
Cleveland, Ohio 44112
216-851-3304
vbrown@epitrustee.com